**United States District Court**
**Central District of California**

| | |
|---|---|
| ZHOU XAIXUAN, | No. 5:26-cv-02431-HDV-PD |
| Petitioner, | ~~[Proposed]~~ **Order Appointing Counsel** |
| v. | |
| WARDEN, ADELANTO ICE PROCESSING CENTER et al, | |
| Respondents. | |

The Federal Public Defender filed a notice requesting the Court appoint CJA attorneys Brian D. Hershman and Patrick M. Connolly to represent Petitioner in this case. (Dkt. No. 10.) There is no absolute right to appointment of counsel in habeas proceedings. *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Appointment of counsel may be authorized at any stage of the proceedings, however, if "the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2). The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims pro se in light of the complexity of the legal issues involved and his likelihood of success on the merits. *See Weygandt v. Look*, 718 F.2d

952, 954 (9th Cir. 1983). Here, the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner. The Federal Public Defender has located CJA attorneys Brian D. Hershman and Patrick M. Connolly to represent Petitioner in this immigration-related habeas corpus proceeding.

The Court appoints CJA attorneys Brian D. Hershman and Patrick M. Connolly as counsel for Petitioner. Brian D. Hershman and Patrick M. Connolly shall file a notice of appearance in this case by no later than June 8, 2026.

IT IS SO ORDERED.

Dated: June 4, 2026

Honorable Hernan D. Vera
United States District Judge

[cc: Lauren_Eskenazi-Ihrig@cacd.uscourts.gov]
[cc: bhershman@jonesday.com; pconnolly@jonesday.com]