UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-02431-HDV-PD | Date | June 8, 2026 |
|---|---|---|---|

| Title | *Zhou Xaixuan v. Warden, Adelanto ICE Processing Center, et al.* |
|---|---|

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Daniel Torrez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) ORDER DISMISSING CASE [JS-6]**

The Court has received a status report [Dkt. 15] indicating that Petitioner has been released pursuant to the Court's Order Granting Preliminary Injunction and Petition for Habeas Corpus [Dkt. 13].   The habeas corpus petition [Dkt. 1] is therefore dismissed without prejudice. The Court shall retain jurisdiction to adjudicate any collateral enforcement issues.

**IT IS SO ORDERED.**